# **EXHIBIT A**

Case 2:25-cv-00654-JNP-DAO   Document 2-1   Filed 08/06/25   PageID.51   Page 1 of 2

FINWISE BANK, MEMBER FDIC
P.O. Box 989728
West Sacramento, CA 95798-9728

Enrollment Code: MLJ54W7BF9
Or Visit:
https://response.idx.us/FinWise



Kyle Gannon

Red Bluff, CA 96080-9730

July 29, 2025

Re:     Notice of Data Breach

Dear Kyle Gannon:

At FinWise Bank ("FinWise"), maintaining our clients' trust and protecting our clients' personal information are among our highest priorities. We are writing with important information regarding a data security incident. We want to provide information about the incident, and let you know that we continue to take significant measures to protect your information.

*What Happened?*

On May 31, 2024, FinWise experienced a data security incident involving a former employee who accessed FinWise data after the end of their employment.

Some of the data impacted includes American First Finance's ("AFF's") data. FinWise contracts with AFF to offer installment loans to consumers. In this arrangement, FinWise is the lender and AFF is the technology provider. FinWise originates the loan and provides funds to the consumer. AFF is contracted to provide the application platform, facilitate the loan origination for FinWise, as well as service the loan on behalf of FinWise. Please note that you may have had, or applied for, a FinWise installment loan ("bank loan"), a lease-to-own account, or a retail installment sales agreement account with AFF which was impacted by this security incident.

*What We Are Doing.*

Upon learning of the incident, FinWise immediately launched an investigation in consultation with outside cybersecurity professionals who regularly investigate and analyze these types of situations to help determine whether any sensitive data had been accessed by the former FinWise employee after the end of their employment. On June 18, 2025, our extensive forensic investigation and manual document review discovered that certain files containing your personal information may have been accessed or acquired as a result of this incident.

*What Information Was Involved?*

The impacted information contained some of your personal information, specifically, your full name, Date of Birth, Social Security Number and Account Number.