**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JEFFREY ALONZO MINTER, on his own behalf and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FINWISE BANK, FINWISE BANCORP, and AMERICAN FIRST FINANCE,<br><br>    Defendants. | **ORDER GRANTING UNOPPOSED AMENDED JOINT MOTION TO CONSOLIDATE CASES**<br><br>Case No. 2:25-cv-00569-JNP-CMR<br><br>Hon. Jill N. Parrish |
| BERTHA MEZA and LATISE SAVOY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FINWISE BANK,<br><br>    Defendant. | Case No. 2:25-cv-00636-DBP<br><br>Hon. Dustin P. Pead |
| KEEBA COUCIL and RAYMOND DELGADO SANDOVAL, on their own behalf and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FINWISE BANK, FINWISE BANCORP, and AMERICAN FIRST FINANCE,<br><br>    Defendants. | Case No. 2:25-cv-00642-AMA-JCP<br><br>Hon. Ann Marie McIff Allen |

1

| | |
|---|---|
| JOHN BROOKS, individually and on behalf and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FINWISE BANK,<br><br>    Defendant. | Case No. 2:25-cv-00645-CMR<br><br>Hon. Cecilia M. Romero |
| RON PROSKY, individually and on behalf and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FINWISE BANK and AMERICAN FIRST FINANCE,<br><br>    Defendants. | Case No. 2:25-cv-00651-HCN<br><br>Hon. Howard C. Nielson, Jr. |
| KYLE GANNON, individually and on behalf and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FINWISE BANK,<br><br>    Defendant. | Case No. 2:25-cv-00654-JNP-DAO<br><br>Hon. Jill N. Parrish |

1

The Court has reviewed the Unopposed Amended Joint Motion to Consolidate Cases (the "Motion"), ECF No. 31, submitted by Jeffrey Alonzo Minter, Bertha Meza, Latise Savoy, Keeba Coucil, Raymond Delgado Sandoval, John Brooks, Ron Prosky and Kyle Gannon and has determined that consolidation of the related actions will promote judicial efficiency and orderly case management while avoiding unnecessary cost and delay.

Therefore, **IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1.      Pursuant to Federal Rule of Civil Procedure 42(a) and DUCivR 42-1, the Court hereby consolidates *Minter v. FinWise Bank et al.*, No. 2:25-cv-00569-JNP-CMR; *Meza et al. v. FinWise Bank*, No. 2:25-cv-00636-DBP; *Coucil et al. v. FinWise Bank et al.*, No. 2:25-cv-00642-AMA-JCB; *Brooks v. FinWise Bank*, No. 2:25-cv-00645-CMR; *Prosky v. FinWise Bank et al.*, No. 2:25-cv-00651-HCN and *Gannon v. FinWise Bank*, No. 2:25-cv-00654-JNP-DAO, (each a "Related Action" and together the "Consolidated Action") under the docket number of this first filed case: 2:25-cv-00569-JNP-CMR ("Master Docket").

2.      No further filings shall be made in case nos. 2:25-cv-00636-DBP, No. 2:25-cv-00642-AMA-JCB, No. 2:25-cv-00645-CMR, No. 2:25-cv-00651-HCN, or No. 2:25-cv-00654-JNP-DAO which shall be administratively closed.

3.      This Order shall apply to any subsequently filed putative class action alleging the same or substantially similar allegations. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action shall be consolidated with the Consolidated Action for pre-trial purposes, and administratively terminated.

4.      The Consolidated Complaint shall be filed within 45 days of entry of this Order.

Defendants shall have 45 days to file an answer or otherwise respond.

5.      Defendants are relieved from responding to any of the complaints initially filed in

the Consolidated Actions.

   **SO ORDERED.**

Dated: October 3, 2025

_____
Hon. Jill N. Parrish
United States District Judge

3